KENNETH J. HECKER, Appellant, v STATE OF NEW YORK, Respondent.

Submitted May 6, 2013; decided June 26, 2013

Motion for reargument denied [*see* 20 NY3d 1087 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

In the Matter of DEANA R. MENSCHE, Appellant, v DEBRA I. MENSCHE, Respondent.

Submitted May 13, 2013; decided June 26, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY WHITE, Appellant.

Submitted May 20, 2013; decided June 26, 2013

Motion for reargument denied [*see* 10 NY3d 286 (2008)].

Judges RIVERA and ABDUS-SALAAM taking no part.

In the Matter of DEBRA A. RAMALLO, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted May 13, 2013; decided June 26, 2013

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.